UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; WELSH WITCH MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; HOUSE OF CASH, INC.; SHOWBILLY MUSIC; SONY/ATV SONGS LLC; SUFFER IN SILENCE MUSIC; SAMS JAMMIN SONGS; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FUEL PUBLISHING, INC. d/b/a PENER PIG PUBLISHING; ZOMBIES ATE MY PUBLISHING; FORTHEFALLEN PUBLISHING; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA; VELVET APPLE MUSIC;    WARNER-TAMERLANE PUBLISHING CORP.; AVERAGE JOE'S ENTERTAINMENT GROUP LLC d/b/a AVERAGE ZJS MUSIC PUBLISHING; INDIANA ANGEL MUSIC; PEER INTERNATIONAL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HENRY BARTIMAN SMITH, JR., individually and d/b/a HOOTS, | ) ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

Plaintiffs, by their attorneys, for their Complaint against Defendant, allege as follows (on

knowledge as to Plaintiffs; otherwise on information and belief):

JURISDICTION AND VENUE

1.      This is a suit for copyright infringement under the United States Copyright Act of

49652949.1

1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act").   This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.      Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3.      Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York.  BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.  BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4.      The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit.  All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5.      Plaintiff Welsh Witch Music is a sole proprietorship owned by Stephanie Nicks. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6.      Plaintiff Sony/ATV Songs LLC is a limited liability company doing business as Sony/ATV Tree Publishing.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

7.      Plaintiff House of Cash, Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

8.      Plaintiff Showbilly Music is a sole proprietorship owned by Ronnie Gene Dunn. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9.      Plaintiff Sony/ATV Songs LLC is a limited liability company.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

10.     Plaintiff Suffer In Silence Music is a sole proprietorship owned by Phillip Wayne Barnhart.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

11.     Plaintiff Sams Jammin Songs is a sole proprietorship owned by Samuel Harper Hogin.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

12.     Plaintiff Universal-Songs of Polygram International, Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

13.     Plaintiff Fuel Publishing, Inc. is a corporation doing business as Pener Pig Publishing.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

14.     Plaintiff Zombies Ate My Publishing is a partnership owned by Amy Lee and Ben Moody.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

15.     Plaintiff Forthefallen Publishing is a sole proprietorship owned by David Hodges. This Plaintiff is the copyright owner of at least one of the songs in this matter.

16.     Plaintiff Reservoir Media Management Inc. is a corporation doing business as Reservoir 416 also known as Reservoir One America.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

17.     Plaintiff Velvet Apple Music is a sole proprietorship owned by Dolly Parton.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

18.     Plaintiff Warner-Tamerlane Publishing Corp. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

19.     Plaintiff Average Joe's Entertainment Group LLC is limited liability company doing

business as Average Zjs Music Publishing.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

20.     Plaintiff Indiana Angel Music is a sole proprietorship owned by Brantley Keith Gilbert.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

21.     Plaintiff Peer International Corporation is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

22.     Defendant, Henry Bartiman Smith, Jr., operates, maintains and controls an establishment known as Hoots, located at 5220 Hwy 1187, Burleson, Texas 76028, in this district. In connection with the operation of this business, Defendant publicly performs musical compositions and/or causes musical compositions to be publicly performed.

CLAIMS OF COPYRIGHT INFRINGEMENT

23.     Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 22.

24.     Since May 2006, BMI has reached out to Defendant over seventy (70) times, by phone and mail, in an effort to educate Defendant as to his obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI repertoire.   Included in the letters were Cease and Desist Notices, providing Defendant with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

25.     Plaintiffs allege eleven (11) claims of willful copyright infringement, based upon Defendant's unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same

legal rules and involve similar facts.   Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendant.

26.     Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendant.  The Schedule contains information on the eleven (11) claims of copyright infringement at issue in this action.  Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

27.     For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

28.     For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

29.     For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2.  For each work identified on the Schedule, on the date(s) listed on Line 7, the

Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

30.     For each work identified on the Schedule, on the date(s) listed on Line 7, Defendant publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so.  Thus, Defendant has committed copyright infringement.

31.     The specific acts of copyright infringement alleged in the Complaint, as well as Defendant's entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage.  By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendant threatens to continue committing copyright infringement.  Unless this Court restrains Defendant from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I)  Defendant, his agents, servants, employees, and all persons acting under his permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendant be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendant be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated:  February 3, 2016          Respectfully Submitted,

By: /s/ Dan D. Davison
Dan D. Davison
Bar No. 05590900
dan.davison@nortonrosefulbright.com
LEAD ATTORNEY
Gita Srivastava
Bar No. 24083898
gita.srivastava@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel:  (214) 855-8049
Fax:  (214) 855-8200
COUNSEL FOR PLAINTIFFS

49652949.1

7